[No. 43235-8-II.   Division Two.   December 31, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MAXIMUS DWAYNE MASON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-01921-9, Linda CJ Lee, J., entered March 16, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Penoyar, J.

[No. 43448-2-II.   Division Two.   December 31, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH LIEF WOLF, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-02972-9, Elizabeth P. Martin, J., entered April 27, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[No. 43523-3-II.   Division Two.   December 31, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CARL WHITEASH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-02061-4, Scott A. Collier, J., entered May 30, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 43543-8-II.   Division Two.   December 31, 2013.]

*In the Matter of the Marriage of* PATRICIA ALMOND, *Respondent*, and ERIC ALMOND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-3-00055-1, Edmund Murphy, J., entered May 8, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Hunt, J.